# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leeson, Jr., Joseph F. | U.S. District Court, Eastern District of Pennsylvania | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

Edward N. Cahn U.S. Courthouse and Federal Building
504 West Hamilton Street, Suite 3401
Allentown, PA 18101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Damar Construction, Inc. - See VIII - Additional Information |
| 2. | Director | DeSales University President's Council |
| 3. | Director | Lehigh Valley Public Telecommunications Corporation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/15/2010 | Pennsylvania Municipal Retirement System - monthly retirement benefit |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Northampton County Bar Association | Membership Dues/Reception | $470.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Adient PLC, Common Stock | A | Dividend | J | T | | | | | |
| 2. Alcoa Upstream Corp., Common Stock | A | Dividend | J | T | | | | | |
| 3. American Bank, Inc. (PA) Common Stock | A | Dividend | K | T | | | | | |
| 4. American Express Company Common Stock | B | Dividend | M | T | | | | | |
| 5. Ameriprise Financial, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 6. Arconic, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 7. Ascent Capital Group, Inc. Common Stock | A | Dividend | | | Merged<br>(with line 67) | 04/01/19 | J | | |
| 8. AT&T, Inc. Common Stock | B | Dividend | L | T | | | | | |
| 9. Avis Budget Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. Banco Santander, S.A. Common Stock | A | Dividend | J | T | | | | | |
| 11. Bank of America Corporation Common Stock | C | Dividend | N | T | | | | | |
| 12. Boeing Company Common Stock | A | Dividend | K | T | | | | | |
| 13. BB&T Corp. Common Stock | B | Dividend | | | Merged<br>(with line 84) | 12/06/19 | M | | |
| 14. CBS Corporation Common Stock | A | Dividend | | | Merged<br>(with line 88) | 12/04/19 | K | | |
| 15. Charter Communications, Inc. New CL A | A | Dividend | J | T | | | | | |
| 16. Cigna Corp. | A | Dividend | J | T | | | | | |
| 17. Cisco Systems, Inc. Common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Citigroup, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 19. | Columbia Global Opportunities Fund A Mutual Fund | A | Dividend | | | Sold | 09/01/19 | J | A | |
| 20. | Columbia Tax Exempt Fund A - Mutual Fund | A | Dividend | | | Sold | 09/01/19 | J | A | |
| 21. | Comcast Corporation Common Stock | A | Dividend | L | T | | | | | |
| 22. | Conduent, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 23. | Corteva, Inc. (See Sec. VIII) | A | Dividend | K | T | | | | | |
| 24. | CrossAmerica Partners Common Stock | B | Dividend | K | T | | | | | |
| 25. | CSX Corporation Common Stock | B | Dividend | M | T | | | | | |
| 26. | CVS Health Corp. | A | Dividend | L | T | | | | | |
| 27. | Discover Financial Services Co. Common Stock | A | Dividend | J | T | | | | | |
| 28. | Discovery Communications, Inc. Series A Common Stock | A | Dividend | J | T | | | | | |
| 29. | Discovery Communications, Inc. Series C Common Stock | A | Dividend | J | T | | | | | |
| 30. | Dow, Inc. | A | Dividend | J | T | | | | | |
| 31. | DuPont de Nemours, Inc. Common Stock (formerly Dow DuPont, Inc.) | B | Dividend | K | T | | | | | |
| 32. | DXC Technology Co., Common Stock | A | Dividend | J | T | | | | | |
| 33. | Electronics for Imaging, Inc. Common Stock | A | Dividend | | | Sold | 04/15/19 | J | A | |
| 34. | Ensco Rowan PLC | A | Dividend | | | Merged<br>(with line 85) | 07/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Expedia Holdings, Inc., Series A Common Stock (See Sec. VIII) | A | Dividend | J | T | | | | | |
| 36. Fifth Third Bancorp Common Stock | B | Dividend | M | T | | | | | |
| 37. Frontier Communications Corp. Common Stock | A | Dividend | J | T | | | | | |
| 38. Fulton Financial Corp. PA Common Stock | B | Dividend | K | T | | | | | |
| 39. GCI Liberty, Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 40. General Electric Company Common Stock | B | Dividend | K | T | | | | | |
| 41. Glaxo Smith Kline, PLC Common Stock | A | Dividend | J | T | | | | | |
| 42. Hartford Financial Services Group, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 43. Hewlett Packard Enterp. Co. Common Stock | A | Dividend | J | T | | | | | |
| 44. HP, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 45. International Business Machines Corp. Common Stock | B | Dividend | K | T | | | | | |
| 46. J.P. Morgan & Chase Co. Common Stock | A | Dividend | K | T | | | | | |
| 47. Janus Henderson Group, PLC Common Stock | A | Dividend | J | T | | | | | |
| 48. Jetblue Airways Corporation Common Stock | A | Dividend | J | T | | | | | |
| 49. Johnson Controls International PLC Common Stock | A | Dividend | J | T | | | | | |
| 50. Kansas City Southern Common Stock | A | Dividend | K | T | | | | | |
| 51. Keycorp Common Stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Liberty Broadband Corp. Series A Common Stock | A | Dividend | J | T | | | | | |
| 53. | Liberty Broadband Corp. Series C Common Stock | A | Dividend | J | T | | | | | |
| 54. | Liberty Formula One, Inc. Series C Common Stock | A | Dividend | J | T | | | | | |
| 55. | Liberty Media Corp. Del. Series A Sirius XM Group Common Stock | A | Dividend | J | T | | | | | |
| 56. | Liberty Media Corp. Del. Series C Sirius XM Group Common Stock | A | Dividend | J | T | | | | | |
| 57. | Liberty Media Corp. Series A Braves Group Common Stock | A | Dividend | J | T | | | | | |
| 58. | Liberty Media Corp. Series C Braves Group Common Stock | A | Dividend | J | T | | | | | |
| 59. | Liberty Media Corp. Liberty Formula One, Common Stock | A | Dividend | J | T | | | | | |
| 60. | Liberty TripAdvisor Holdings, Inc. Series A Common Stock | A | Dividend | J | T | | | | | |
| 61. | Lincoln National Corporation Common Stock | A | Dividend | J | T | | | | | |
| 62. | Lions Gate Entertainment Corp. CL.B NonVoting Com. Stk. | A | Dividend | J | T | | | | | |
| 63. | Mallinckrodt Public Ltd. Company Common Stock | A | Dividend | J | T | | | | | |
| 64. | Medtronic PLC Common Stock | A | Dividend | J | T | | | | | |
| 65. | Merck & Co., Inc. Common Stock | A | Dividend | K | T | | | | | |
| 66. | Micro Focus Intl., Inc. Common Stock | A | Dividend | J | T | | | | | |
| 67. | Monitronics Intl., Inc. | A | Dividend | J | T | | | | | |
| 68. | Morgan Stanley Common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Motorola Solutions, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 70. Nokia Corp. Common Stock | A | Dividend | J | T | | | | | |
| 71. NVent Electric PLC | A | Dividend | J | T | | | | | |
| 72. Olin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 73. Oracle Corp. Common Stock | A | Dividend | J | T | | | | | |
| 74. Pentair Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 75. Perspecta, Inc. | A | Dividend | J | T | | | | | |
| 76. Pfizer, Inc. Common Stock | C | Dividend | M | T | | | | | |
| 77. PHH Corporation Common Stock | A | Dividend | | | Sold | 10/04/19 | J | A | |
| 78. PNC Financial Services Group, Inc. Common Stock | A | Dividend | L | T | | | | | |
| 79. Qurate Retail, Inc. QVC Group Series A Common Stock | A | Dividend | J | T | | | | | |
| 80. Regions Financial Corp. Common Stock | B | Dividend | M | T | | | | | |
| 81. Southwest Airlines Company Common Stock | A | Dividend | M | T | | | | | |
| 82. TE Connectivity Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 83. Travelers Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 84. Truist Financial Corp. | B | Dividend | M | T | | | | | |
| 85. Valaris, PLC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Prime Money Market Mutual Fund | A | Dividend | M | T | | | | | |
| 87. Verizon Communications, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 88. ViacomCBS, Inc. Common Stock (formerly Viacom, Inc.) | A | Dividend | K | T | | | | | |
| 89. Wabtec Company | A | Dividend | J | T | | | | | |
| 90. Waste Management, Inc. Common Stock | B | Dividend | L | T | | | | | |
| 91. Wells Fargo & Co. Common Stock | B | Dividend | L | T | | | | | |
| 92. Wyndham Destinations, Inc. | A | Dividend | K | T | | | | | |
| 93. Wyndham Hotels & Resorts, Inc. | A | Dividend | K | T | | | | | |
| 94. Xerox Corporation Common Stock | A | Dividend | J | T | | | | | |
| 95. Damar Construction, Inc., Stock | D | Dividend | M | U | | | | | |
| 96. Rental Property #1, City of Bethlehem, Pennsylvania | D | Rent | M | W | | | | | |
| 97. Aviva Life Insurance: Universal Life | C | Interest | M | T | | | | | |
| 98. Embassy Bank Accounts (transferred from BB&T Bank Accounts) | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I - Positions

I serve as President and a member of the Board of Directors of Damar Construction, Inc. ("Damar"), both of which are unsalaried positions. Damar is a Pennsylvania business corporation co-owned 50% by me and co-owned 50% by a family member. Damar's sole assets are two office buildings. Its sole activity is leasing of office space in the two buildings.

Section VII - Investments and Trusts

No. 23 - Corteva, Inc. is a spinoff from the company formerly known as Dow DuPont, Inc., which is now known as DuPont deNemours, Inc.

No. 35 - Expedia Holdings, Inc. Series A Common Stock was formerly known as Liberty Expedia Holdings, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Joseph F. Leeson, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544